*J. Parks*, for the state.

---

## HIATT *v.* DAVENPORT.

APPEAL from the *Hamilton* Circuit Court.

*Per Curiam.*—Suit by *Davenport* against *Hiatt*. No question is raised on the pleadings. Trial by the Court, and finding for the plaintiff. A motion was made for a new trial, on the ground that the finding of the Court was contrary to law and evidence, and was overruled and judgment entered on the finding.

The evidence tends to sustain the finding, and as this is the only point properly before us, the judgment must be affirmed.

The judgment is affirmed with 1 per cent. damages and costs.

*G. H. Voss*, for the appellant.

*D. Moss* and *J. W. Evans*, for the appellee.